**Not For Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

Nos. 03-2137
     03-2291

VINCENT P. MURRAY,

Plaintiff, Appellant,

v.

JEFFRY PERLOW, LAW OFFICE OF MORETTI AND PERLOW,

Defendant, Appellee.

APPEALS FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

[Hon. Mary M. Lisi, U.S. District Judge]

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

Vincent P. Murray on brief pro se.
Jeffry S. Perlow and Moretti & Perlow on brief for appellee.

May 7, 2004

**Per Curiam**.  The district court's judgment and its denial of the Fed. R. Civ. P. 60(b) motion are affirmed.  Any constitutional claim against appellees is not cognizable.  <u>Cf.</u> <u>Miranda</u> v. <u>Clark County, Nevada</u>, 319 F.3d 465, 468 (9th Cir.), <u>cert.</u> <u>denied</u>, 124 S. Ct. 64 (2003) (assistant public defender not a state actor when performing traditional role of defense lawyer in criminal proceeding; constitutional claim against public defender not cognizable).  The only potential claims here are for legal malpractice and/or breach of contract; but the federal court lacks subject matter jurisdiction over any such claims in this dispute. <u>See</u> 28 U.S.C. § 1332.

<u>Affirmed.</u>